**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Mendoza, | No. CV-25-00417-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| NaphCare, et al., | |
| Defendants. | |

On March 10, 2026, Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R") recommending this action be dismissed without prejudice. (Doc. 20.) The time for objections has expired and none were filed. The R&R is adopted. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

Dated this 17th day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge